**George M. Reiber**
**Chapter 13 Trustee**
3136 Winton Road South
Rochester NY 14623
(585) 427-7225

$667.77

# 8117

May 23, 2011   5/25/11

*Paul R. Warren, Clerk of Court United States Bankruptcy Court, WDNY*
*1220 U.S. Courthouse, Bankruptcy Division*
*100 State Street*
*Rochester, NY 14614*

Re:   Richard A., Jr. & Janet M Laraway; BK 06-22103

Dear Clerk of Court:

   Enclosed please find my Trustee's check in the amount of $667.77. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

   I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

   The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

| | | |
|---|---|---|
| Champion Mortgage | $667.77 | Claims Register # 10 |

/s/_____
George M. Reiber, Trustee



